AO 91 (Rev. 11/11)   Criminal Complaint

**FILED**

## UNITED STATES DISTRICT COURT
### for the

Northern District of California

**MAY 17 2019**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**SK**

| | |
|---|---|
| United States of America<br>v.<br>Emily Suzanne Cain | )<br>)<br>)<br>)   Case No.<br>)<br>)<br>) |

**3   19   70764**

*Defendant(s)*

# UNDER SEAL

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____October 17-24, 2018_____ in the county of _____San Francisco_____ in the _____Northern_____ District of _____California_____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 554 | Smuggling of an Article or Object Contrary to Any Law or Regulation of the United States |

This criminal complaint is based on these facts:

On or about October 15, 2018, Emily Suzanne Cain violated 18 U.S.C. § 554 by knowingly smuggling an article or good out of the United States in violation of federal law when she mailed a package containing human fetal matter, which package was found in the Northern District of California on or about October 17-24, 2018.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Approved as to form _____
AUSA *Jonathan U. Lee*

Tim Patterson   HSI SA
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _5-17-19_

_____
*Judge's signature*

City and state: _San Francisco CA_

_____
*Printed name and title*